# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 17, 2016

## NO. 03-16-00015-CV

**Fifteen-Thousand One-Hundred Ninety-Six Dollars and
Forty-One Cents in United States Currency, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## REVERSED AND REMANDED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on October 7, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. Appellee shall pay all costs related to this appeal, both in this Court and in the court below.